UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
333 West Broadway
San Diego, CA 92101

```
RE: Official Bond No. 01429881;
Progressive Auto Insurance Claim No.
                    22-2422266-01;
Enterprise Rental Agreement No. 8TX641
```

THE UNITED STATES FOR THE USE OF MICHAEL ELLIOT POWELL
4 Deer Creek Road
Pomona, California (91766)
                    Plaintiff,

'23 CV 1686 WQH DDL

V.

ADAM A KNOWLES
108 Fir Hill
Akron, OH 44325
                    Defendant,


MARGARET HAYES
1050 Wilshire Drive, Suite 210
Troy, MI 48084
                    Attorney-in-fact

---

### INFORMATION

Offense occurred on May 4, 2022, at approximately 8:30 a.m., within the SPECIAL MARITIME AND TERRITORIAL JURISDICTION OF THE UNITED STATES, STATE OF OHIO, COUNTY OF SUMMIT, CITY OF RICHFIELD on Interstate 80 (Eastbound), near Coordinates 41.25643°N, 81.59964°W.

THE UNITED STATES FOR THE USE OF MICHAEL ELLIOT POWELL,

I, Michael Elliot Powell, a fully constitutionally empowered human being, claimant, and surety on account appears before the court and informs the court that on the date and at the location described above, the Defendant(s):

**COUNT 1**– SEARCH WITHOUT WARRANT

did, being an officer (of the State of Ohio) in the presence of, and conspiring with, an additional [unidentified] officer (of the State of Ohio), engaged in the enforcement of a traffic stop for an alleged unsafe lane change, search a private automobile used and occupied as such automobile without a warrant directing such search, and, maliciously and without reasonable cause searched private property and the contents therein without a search warrant, in bad faith, without discovery of criminal evidence, and without the issuance of a citation for the alleged traffic violation, contrary to 18 U.S. Code § 2236; [Organizational] CLASS A MISDEMEANOR; fine not more than $200,000.00 or imprisonment not more than one year, or both;

Count 1 shall not apply to any person serving a warrant of arrest; or arresting or attempting to arrest a person committing or attempting to commit

an offense in his presence, or who has committed or is suspected on reasonable grounds of having committed a felony; or making a search at the request or invitation or with the consent of the occupant of the premises.

**COUNT 2–** PROPERTY WITHIN SPECIAL MARITIME AND TERRITORIAL JURISDICTION

did, within the special maritime and territorial jurisdiction of the United States, willfully and maliciously destroy or injure personal property, and conspired to do such an act, contrary to 18 U.S. Code § 1363; [Organizational] CLASS E FELONY; fine not more than $500,000.00 or imprisonment not more than five years, or both.

**COUNT 3–** STATEMENTS OR ENTRIES GENERALLY

did, within the jurisdiction of the executive branch of the Government (of the State of Ohio), knowingly made, used, or caused to be made or used, a misrepresentation material to the obligation of Adam A Knowles Oath of Office on Bond No. 01429881 and improperly avoided the obligation(s) to support the United States Constitution, to support the Ohio Constitution and to faithfully perform duties of office with dignity, a false, fictitious, or fraudulent representation of the obligation, contrary to 18 U.S. Code § 1001; [Organizational] CLASS E FELONY; fine not more than $500,000.00 or imprisonment not more than five years, or both;

and is liable to the Plaintiff for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages which the Plaintiff sustains because of the false claims and misrepresentations of the Defendant pursuant to 31 U.S. Code § 3729.

**COUNT 4–** PROMISSORY ESTOPPEL

did make a clear unambiguous promise, solemnly sworn Adam A Knowles Oath of Office on Bond No. 01429881, to support the United States Constitution, to support the Ohio Constitution and to faithfully perform the duties of office, in good faith, and in the name of God. The Plaintiff relies upon that Oath of Office for the protection and security of private rights and the good faith performance of public duty. It is reasonable and foreseeable for Plaintiff to rely on Adam A Knowles Oath of Office on Bond No. 01429881 for the protection and security of private rights and the good faith performance of public duty. The Plaintiff's rights and security were injured as a result of that reliance, contrary to the oath that was made.

Court shall order law enforcement or any authorized agent to collect evidence (Central Records Process No. PRR-23-000-343 for Adam A Knowles ID# 0863 Body Camera and Police Car Footage from 5/4/2022 at the time of the occurrence of the incident) from Defendant before sentencing or disposition, if not taken at arrest,

and against the peace and dignity of the United States of America.

___9_ / _2_ /2023
Date

*Michael Elliot Powell*
MICHAEL ELLIOT POWELL
Constituent

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
333 West Broadway
San Diego, CA 92101

```
RE: Official Bond No. 01429881;
Progressive Auto Insurance Claim No.
                         22-2422266-01;
Enterprise Rental Agreement No. 8TX641
```

THE UNITED STATES FOR THE USE OF MICHAEL ELLIOT POWELL
4 Deer Creek Road
Pomona, California (91766)
                    Plaintiff,

V.

ADAM A KNOWLES
108 Fir Hill
Akron, OH 44325
                    Defendant,


MARGARET HAYES
1050 Wilshire Drive, Suite 210
Troy, MI 48084
                    Attorney-in-fact

**COMPLAINT ON BOND FOR ENFORCEMENT OF LIEN OR TO SUBJECT PROPERTY TO TAX, ATTACHMENT AND GARNISHMENT, SEARCH WITHOUT WARRANT, PROPERTY WITHIN SPECIAL MARITIME AND TERRITORIAL JURISDICTION, AND STATEMENTS OR ENTRIES GENERALLY**

Offense occurred on May 4, 2022, at approximately 8:30 a.m., within the SPECIAL MARITIME AND TERRITORIAL JURISDICTION OF THE UNITED STATES, STATE OF OHIO, COUNTY OF SUMMIT, CITY OF RICHFIELD on Interstate 80 (Eastbound), near Coordinates 41.25643°N, 81.59964°W.

I, Michael Elliot Powell, a fully constitutionally empowered human being, claimant, and surety on account, hereby declare under the penalty of perjury under the laws of the United States of America that this complaint has been examined by me and that its contents are true and correct to my knowledge and information, and that on the date and at the location described, the Defendant, contrary to law,

**COUNT 1**- SEARCH WITHOUT WARRANT

did, being an officer (of the State of Ohio) in the presence of, and conspiring with, an additional [unidentified] officer (of the State of Ohio), engaged in the enforcement of a traffic stop for an alleged unsafe lane change, search a private automobile used and occupied as such automobile without a warrant directing such search, and, maliciously and without reasonable cause searched private property and the contents therein without a search warrant, in bad faith, without discovery of criminal evidence, and without the issuance of a citation for the alleged traffic violation, contrary to 18 U.S. Code § 2236; [Organizational] CLASS A MISDEMEANOR; fine not more than $200,000.00 or imprisonment not more than one year, or both;

Count 1 shall not apply to any person serving a warrant of arrest; or arresting or attempting to arrest a person committing or attempting to commit an offense in his presence, or who has committed or is suspected on reasonable grounds of having committed a felony; or making a search at the request or invitation or with the consent of the occupant of the premises.

### COUNT 2- PROPERTY WITHIN SPECIAL MARITIME AND TERRITORIAL JURISDICTION

did, within the special maritime and territorial jurisdiction of the United States, willfully and maliciously destroy or injure personal property, and conspired to do such an act, contrary to 18 U.S. Code § 1363; [Organizational] CLASS E FELONY; fine not more than $500,000.00 or imprisonment not more than five years, or both.

### COUNT 3- STATEMENTS OR ENTRIES GENERALLY

did, within the jurisdiction of the executive branch of the Government (of the State of Ohio), knowingly made, used, or caused to be made or used, a misrepresentation material to the obligation of Adam A Knowles Oath of Office on Bond No. 01429881 and improperly avoided the obligation(s) to support the United States Constitution, to support the Ohio Constitution and to faithfully perform duties of office with dignity, a false, fictitious, or fraudulent representation of the obligation, contrary to 18 U.S. Code § 1001; [Organizational] CLASS E FELONY; fine not more than $500,000.00 or imprisonment not more than five years, or both;

and is liable to the Plaintiff for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages which the Plaintiff sustains because of the false claims and misrepresentations of the Defendant pursuant to 31 U.S. Code § 3729.

### COUNT 4- PROMISSORY ESTOPPEL

did make a clear unambiguous promise, solemnly sworn Adam A Knowles Oath of Office on Bond No. 01429881. to support the United States Constitution, to support the Ohio Constitution and to faithfully perform the duties of office, in good faith, and in the name of God. The Plaintiff relies upon that Oath of Office for the protection and security of private rights and the good faith performance of public duty. It is reasonable and foreseeable for Plaintiff to rely on Adam A Knowles Oath of Office on Bond No. 01429881 for the protection and security of private rights and the good faith performance of public duty. The Plaintiff's rights and security were injured as a result of that reliance, contrary to the oath that was made.

**TAKE NOTICE** As a result of the offense(s)-
1. Plaintiff is seeking actual damages of $1,000.00 for the cost of automobile repairs (Progressive Auto Insurance Claim Number 22-2422266-01) and of $112.85 for car rental while waiting for the automobile to get repaired (Enterprise Rental Agreement number 8TX641);
2. Plaintiff is seeking quasi-criminal damages of $200,000.00 for private fine under 18 U.S. Code § 2236, levied to punish Defendant's reprehensible conduct and to deter its future occurrence;

3. Plaintiff is seeking quasi-criminal damages of $500,000.00 for private fine under 18 U.S. Code § 1363, levied to punish Defendant's reprehensible conduct and to deter its future occurrence;

4. Plaintiff is seeking civil penalty of $10,000, plus 3 times quasi-criminal damages of $500,000.00 for private fine under 18 U.S. Code § 1001, for false claims and misrepresentations made by the Defendant as described in 31 U.S. Code § 3729, levied to punish Defendant's reprehensible conduct and to deter its future occurrence;

5. Plaintiff is seeking compensatory damages in total of $2,500.00, for the forfeiture of Bond No. 01429881;

6. Plaintiff is seeking equitable relief to compel the Defendant to refrain from unreasonable searches without warrants, wrongful levies, and misrepresentations; and

7. Plaintiff is seeking a reasonable attorney's fee and other litigation costs reasonably incurred.

**TAKE NOTICE** I seek to recover the amount due to Plaintiff on settlement of the account of Defendant. Any commission of Defendant and interest of 6 percent a year from the time the money is received by the Defendant until repaid to the Treasury shall be added to the amount due on the account. The commission is forfeited when judgment is obtained.

**TAKE NOTICE** I am the Entitlement Holder Secured Party Owner of Progressive Auto Insurance Claim Number 22-2422266-01 and Enterprise Rental Agreement Number 8TX641. I have an injunction on the name MICHAEL ELLIOT POWELL, a lien on the name MICHAEL ELLIOT POWELL for $1,112.85, and a pay fee schedule of $9,000 per hour and up counting for use of the name MICHAEL ELLIOT POWELL.

**TAKE NOTICE** I have an injunction on the name ADAM A KNOWLES, a lien on the name ADAM A KNOWLES for $2,213,612.85, and a pay fee schedule of any commission for use of the name ADAM A KNOWLES. UCC Financing Statement No. 031-2023-001085 was filed by Plaintiff on Thursday, August 31, 2023, at 3:15:27 PM and acknowledgement was sent to the Department of Treasury Internal Revenue Service Ogden, UT 84201-0002 (see attached copy).

**TAKE NOTICE** An FOIA Public Record Request was submitted to the Ohio Department of Public Safety for the search and seizure of Adam A Knowles ID# 0863 Oath of Office on Bond No. 01429881 for the purpose of securing settlement. Adam A Knowles ID# 0863 Oath of Office on Bond No. 01429881 was surrendered by Ohio Department of Public Safety on 10/21/2022 and is under arrest and is within the district or will be within the district while the action is pending.

**TAKE NOTICE** An FOIA Public Record Request was submitted to the Central Records Unit of the Ohio Department of Public Safety for Central Records Process No. PRR-23-000-343 search and seizure of Adam A Knowles ID# 0863 Body Camera and Police Car Footage from 5/4/2022 at the time of occurrence of the incident for the purpose of securing settlement; Search began on 1/31/2023; Adam A Knowles ID# 0863 Body Camera and Police Car Footage has not yet been apprehended and is not within the district.

**TAKE NOTICE** The unreasonable search and seizure by Defendant was unconstitutional, as it was in violation of the Fourth and Fifth Amendments

of the United States Constitution and a wrongful levy of my property which caused (and will continue to cause) irreparable harm to my rights, including but not limited to human rights, the rights to due process, the rights to be secure from unreasonable search and seizure, and the rights of property subject to the complaint superior to rights of the State of Ohio, that cannot be fully compensated by monetary damages.

**TAKE NOTICE** Except for civil actions that arise out of the operation of a motor vehicle and civil actions in which the state is the plaintiff, no officer or employee shall be liable in any civil action that arises under the law of this state for damage or injury caused in the performance of his duties, unless the officer's or employee's actions were manifestly outside the scope of his employment or official responsibilities, or unless the officer or employee acted with malicious purpose, in bad faith, or in a wanton or reckless manner.

**TAKE NOTICE** A good faith reliance on a court warrant or order, a grand jury subpoena, a legislative authorization, a statutory authorization, a request of an investigative or law enforcement officer, or a good faith determination permitted the conduct complained of, is a complete defense.

**TAKE NOTICE** An innocent owner's interest in property shall not be forfeited. The claimant shall have the burden of proving that the claimant is an innocent owner by a preponderance of the evidence. With respect to a property interest in existence at the time the illegal conduct giving rise to forfeiture took place, the term "innocent owner" means an owner who did not know of the conduct giving rise to forfeiture; or upon learning of the conduct giving rise to the forfeiture, did all that reasonably could be expected under the circumstances to terminate such use of the property. For the purposes of this paragraph, ways in which a person may show that such person did all that reasonably could be expected may include demonstrating that such person, to the extent permitted by law gave timely notice to an appropriate law enforcement agency of information that led the person to know the conduct giving rise to a forfeiture would occur or has occurred; and in a timely fashion revoked or made a good faith attempt to revoke permission for those engaging in such conduct to use the property or took reasonable actions in consultation with a law enforcement agency to discourage or prevent the illegal use of the property.

**TAKE NOTICE** Adam A Knowles ID# 0863 Oath of Office on Official Bond No. 01429881 was executed under United States law when Defendant endorsed and swore to support the United States Constitution. The Oath of Office (of the State of Ohio) is an obligation of the United States under special maritime and territorial jurisdiction of the United States, outside the jurisdiction of the State of Ohio.

**TAKE NOTICE** When a person forfeits his bond, or rendered his sureties liable thereon, a person injured thereby, or who is entitled to the benefit of the security, may bring an action thereon, in his own name, against the person and his sureties, to recover the amount to which he is entitled by reason of the delinquency, which action may be prosecuted on a certified copy of the bond (certification is not imperative for evidence that is self-authenticating, such as a Government Oath of Office on an Official Bond that is sealed and signed). A judgment for one delinquency does not preclude the

same for another person from bringing an action on the instrument for another delinquency.

**TAKE NOTICE** As the Defendant had the right to faithfully perform the duties in question; as he failed, to the injury of the Plaintiff from whom he performed them, with the endorsement of the Oath of Office on an Official Bond, to discharge the duties, and appropriated the performance of the duties to his own use; and as his bond was for the protection of private suitors as well as for the Government. Such suit to be in the name of the United States for the use of the person injured. The Government (of the United States) is a nominal plaintiff. The name MICHAEL ELLIOT POWELL is the real plaintiff (distinguished as the "person" who initiated suit).

I pray that "Property" (Adam A Knowles ID# 0863 Oath of Office on Bond No. 01429881, Progressive Auto Insurance Claim Number 22-2422266-01, and Enterprise Rental Agreement Number 8TX641) be attached as the "Defendant", and that "Property" (Central Records Process No. PRR-23-000-343 for Adam A Knowles ID# 0863 Body Camera and Police Car Footage from 5/4/2022 at the time of occurrence of the incident) be arrested as the "Defendant", and dealt with according to law.

*Warrant authorized;
*Security was posted for full and private settlement
(see undersigned letter with attachment)

9 / 2 /2023
Date

MICHAEL ELLIOT POWELL
Constituent

Certified Account # 7022 0410 0000 0765 4361

POWELL MICHAEL ELLIOT

C/o 4 Deer Creek Road

Pomona, California USA [91766]

ftatexpress@gmail.com

(734) 340-7372



We, the people of the united States of America (by and through the Constituent herein named), with whom the United States, and its agencies, is forever obligated, hereby assert that the Person(s), Property and enjoyment of the undersigned is EXEMPT from Levy and Apportionment, Article IV § 2, US Constitution.

**<u>OFFICIAL BUSINESS</u>**

**Affidavit Of Surety**

United States District Court

Southern District Of California

333 West Broadway

San Diego, CA 92101

RE: Official Bond No. 01429881; Progressive Auto Insurance Claim No. 22-2422266-01; and Enterprise Rental Agreement No. 8TX641

HONORABLE DANA M. SABRAW United States District Court Chief Judge:

I, Michael Elliot Powell, a fully constitutionally empowered human being, and surety on account of the above referenced case, hereby state under the penalty of perjury, under the laws of the United States of America, the following:

1. I posted security with the Court Administration for full and private settlement (see attached copy);
2. I am entitled to enforce the obligation (of the United States) incurred;
3. I do not waive any of my rights (including, but not limited to, human rights and the right to be secure in my personal property from unreasonable search and seizure);
4. I invoke protection from self-incrimination;
5. I am not the Plaintiff; I am a human being (as distinguished from the "person" who initiated suit);
6. In the event that I am eventually exonerated in said matter, this court is authorized and requested to execute, and acknowledge the release of my property;
7. In the event it is determined that I am not entitled to payment, and at the verified request of Defendant, in writing, this court is authorized to enter judgement against Plaintiff and to submit this document together with the order forfeiting the ownership and the security as conclusive evidence of default;

1

8. I do not authorize the security belonging to me and deposited on behalf of the Plaintiff with the court for the purposes of a special bond to be held and paid over to a Government Attorney to be applied to the payment of any assessment, fine, restitution, or penalty imposed upon the Plaintiff; and

9. This court lacks subject matter jurisdiction.

Accordingly, in the interest of justice for all, I demand the order of the court released to me, withdrawn and credited all asset, estate, title & interest provided for on account under said security, at the address above, and all claims and proceedings against the undersigned related to the matter in question cease.

*Michael Elliot Powell*

Mr. Michael Elliot Powell

Constituent

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF ___California___ )

)§§

COUNTY OF *Los Angeles* )

Subscribed and sworn to (affirmed by) before me on this day of *September 2nd*, 2023, by *Michael Elliot Powell*, who proved to me on the basis of satisfactory evidence to be the Constituent who appeared before me.

Seal: 

JOEL E. VALTIERRA
COMM. #2449874
Notary Public - California
LOS ANGELES COUNTY
My Comm. Expires JUN. 11, 2027

Notary Public

2

Certified Account # 7022 0410 0000 0765 4378

POWELL MICHAEL ELLIOT

C/o 4 Deer Creek Road

Pomona, California USA [91766]

ftatexpress@gmail.com

(734) 340-7372

**OFFICIAL BUSINESS**

**Deposit Into Court**

September 2nd, 2023



We, the people of the united States of America (by and through the Constituent herein named), with whom the United States, and its agencies, is forever obligated, hereby assert that the Person(s), Property and enjoyment of the undersigned is EXEMPT from Levy and Apportionment, Article IV § 2, US Constitution.

United States Courts

Administrative Office of the United States Courts

One Columbus Circle, NE

Washington, D.C. 20544

RE: Official Bond No. 01429881; Progressive Auto Insurance Claim No. 22-2422266-01; and Enterprise Rental Agreement No. 8TX641

To whom it may concern:

Deposit such security herewith enclosed into the public register of the courts, as **payment**, for full and private settlement (with interest at 6 per cent per annum).

To the extent there is an amount owing please direct payment to:

**POWELL MICHAEL ELLIOT**

**C/o 4 Deer Creek Road**

**Pomona, California USA [91766]**

If you have any questions, comments or concerns direct the same to the undersigned at the mailing address above. Thank you in advance for your attention upon this matter.

*Michael Elliot Powell*

Mr. Michael Elliot Powell

Constituent

**Pay to the order of: United States Courts**

**Alliant**

**United States District Court**

June 25, 2021    **C/o Administrative Office of the United States Courts**

**One Columbus Circle, NE**

**Washington, D.C. 20544**

Ms. Traci Heyer
State of Ohio
**Registration—required bond**
c/o Office of Risk Management
**Exempt from a levy**
Columbus, OH 43228
**Exempt from apportionment**

Subject:       Public Employees Schedule Bond
               Liberty Mutual # 014219881
**Michael Elliot Powell**  Policy Period:  7/1/21 to 7/1/22

**ACCEPT FOR VALUE**
Dear Traci,
x  *Michael Elliot Powell*
Enclosed please find the sealed bond for the Public Employees for the period of 7/1/21 to 7/1/22.
**September 2nd, 2023**
Please let us know if you have any questions.

**EIN:61—7600206**
Best Regards,                          **31 U.S. Code 9303(c)(2)**

*Margaret*
Margaret Hayes
Vice President

/mvh
Enclosure



**PUBLIC EMPLOYEES SCHEDULE BOND**
**DECLARATIONS**

BOND NO. _014219881_

**Item 1.** Name of Obligee _State of Ohio, Office of Risk Management_
of _4200 Surface Road; Columbus, OH 43228_

**Item 2.** Bond Period: from the beginning of _July 1st, 2021_ to 12:01 A.M. on the effective date of the cancelation or termination of this bond as provided in Condition 4.

**Item 3.** Employees covered hereunder and limits of liability as to each employee:

| Item No. | Name or Position 2. | Location 3. | Number of Positions Bonded 4. | Amount of Bond For Each 5. | Premium 6. |
|---|---|---|---|---|---|
| | SEE ATTACHED SCHEDULE | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Item 4.** The Obligee, by the acceptance of this Bond, gives notice to the Surety terminating or canceling prior bond No(s) _N/A_ Such termination or cancellation to be effective as of the time this Bond becomes effective.

Signed and Sealed _6/25/21_

Liberty Mutual Insurance Company

By: _Margaret V Hayes_

Margaret V Hayes                    Attorney-in-Fact

F-4583

| Agency Name | Scheduled Position | # Officials | Limit |
|---|---|---|---|
| Adjutant General | Adjutant General | 1 | $30,000 |
| Adjutant General | Asst. Quartermaster General | 1 | $20,000 |
| Adjutant General | Asst. Adjutant General for Army | 1 | $10,000 |
| Adjutant General | Asst. Adjutant General for Air | 1 | $10,000 |
| Department of Aging | Director | 1 | $20,000 |
| Department of Aging | Assistant Director | 1 | $20,000 |
| Department of Agriculture | Director | 1 | $20,000 |
| Department of Agriculture | Chief of Administration | 1 | $20,000 |
| Department of Agriculture | Chief of Animal Health | 1 | $20,000 |
| Department of Agriculture | Chief of Livestock Permitting | 1 | $20,000 |
| Department of Agriculture | Chief of Soil and Water Conservation | 1 | $20,000 |
| Department of Agriculture | Chief of Dairy | 1 | $20,000 |
| Department of Agriculture | Chief of Food Safety | 1 | $20,000 |
| Department of Agriculture | Chief of Plant Health | 1 | $20,000 |
| Department of Agriculture | Chief of Markets | 1 | $20,000 |
| Department of Agriculture | Chief of Meat Inspection | 1 | $20,000 |
| Department of Agriculture | Chief of Consumer Protection Laboratory | 1 | $20,000 |
| Department of Agriculture | Chief of Amusement Ride Safety | 1 | $20,000 |
| Department of Agriculture | Chief of Enforcement | 1 | $20,000 |
| Department of Agriculture | Chief of Weights and Measures | 1 | $20,000 |
| Department of Agriculture | Assistant Director | 1 | $20,000 |
| Air Quality Development Authority | Secretary-Treasurer | 1 | $50,000 |
| Air Quality Development Authority | Each Authority Member | 5 | $25,000 |
| Ohio Athletic Commission | Commissioner - Voting Member | 5 | $10,000 |
| Board of Tax Appeals | Each Board Member | 3 | $5,000 |
| Bureau of Workers Compensation | Administrator | 1 | $50,000 |
| Casino Control Commission | Executive Director | 1 | $25,000 |
| Casino Control Commission | Each Commission Member | 7 | $10,000 |
| Board of Chiropractic Examiners | Executive Director | 1 | $50,000 |
| Board of Chiropractic Examiners | Secretary | 1 | $3,000 |
| Board of Chiropractic Examiners | Executive Secretary | 1 | $3,000 |
| Board of Chiropractic Examiners | Clerical Assistants | 2 | $3,000 |
| Department of Commerce | Secretary | 1 | $5,000 |
| Department of Commerce | Director | 1 | $20,000 |
| Department of Commerce | Commissioner of Securities | 1 | $20,000 |
| Department of Commerce | Superintendent of Real Estate and Professional Licensing | 1 | $20,000 |
| Department of Commerce | State Fire Marshal | 1 | $20,000 |
| Department of Commerce | Superintendent of Industrial Compliance | 1 | $20,000 |
| Department of Commerce | Superintendent of Unclaimed Funds | 1 | $20,000 |
| Department of Commerce | Assistant Directors | 2 | $20,000 |
| State Cosmetology and Barber Board | Executive Director | 1 | $50,000 |
| Department of Administrative Services | Director | 1 | $20,000 |
| Department of Administrative Services | EEO Coordinator | 1 | $20,000 |
| Department of Administrative Services | Assistant Directors Including CIO | 2 | $20,000 |
| Dental Board | Secretary | 1 | $2,000 |
| Development Services Agency | Director | 1 | $20,000 |
| Development Services Agency | Assistant Director | 1 | $20,000 |
| Department of Mental Health and Addiction Services | Director | 1 | $20,000 |
| Department of Mental Health and Addiction Services | Assistant Director | 1 | $20,000 |
| Department of Developmental Disabilities | Director | 1 | $20,000 |
| Department of Developmental Disabilities | Assistant Director | 1 | $20,000 |
| Department of Natural Resources | Wildlife Officers | 139 | $1,000 |
| Department of Natural Resources | Director | 1 | $20,000 |
| Department of Natural Resources | Assistant Director | 1 | $20,000 |
| Department of Natural Resources | Chief of Mineral Resources Management | 1 | $20,000 |
| Department of Natural Resources | Chief of Forestry | 1 | $20,000 |
| Department of Natural Resources | Chief of Natural Areas and Preserves | 1 | $20,000 |
| Department of Natural Resources | Chief of Oil and Gas Resources | 1 | $20,000 |
| Department of Natural Resources | Chief of Wildlife | 1 | $20,000 |
| Department of Natural Resources | Chief of Geological Survey | 1 | $20,000 |
| Department of Natural Resources | Chief of Parks and Watercraft | 1 | $20,000 |
| Department of Natural Resources | Chief of Water Resources | 1 | $20,000 |
| Department of Natural Resources | Chief of Engineering | 1 | $20,000 |
| Department of Health | Director | 1 | $20,000 |
| Department of Health | Assistant Directors | 2 | $20,000 |
| Department of Transportation | Director | 1 | $20,000 |
| Department of Transportation | Assistant Director for Business Management | 1 | $20,000 |
| Department of Transportation | Assistant Director for Field Operations | 1 | $20,000 |
| Department of Transportation | Assistant Director for Transportation Policy | 1 | $20,000 |
| Department of Public Safety | Each State Highway Patrol Trooper & Radio Operator | 1,801 | $2,500 |
| Department of Public Safety | Director | 1 | $20,000 |
| Department of Public Safety | Assistant Director | 1 | $20,000 |

| Agency Name | Scheduled Position | # Officials | Limit |
|---|---|---|---|
| Department of Rehabilitation and Correction | Director | 1 | $20,000 |
| Department of Rehabilitation and Correction | Assistant Director | 1 | $20,000 |
| Veterinary Medical Board | Executive Director | 1 | $50,000 |
| Department of Veterans Services | Director | 1 | $20,000 |
| Department of Veterans Services | Assistant Director | 1 | $20,000 |
| Department of Youth Services | Director | 1 | $20,000 |
| Department of Youth Services | Assistant Director | 1 | $20,000 |
| Environmental Protection Agency | Director | 1 | $20,000 |
| Environmental Protection Agency | Assistant Director | 1 | $20,000 |
| Employment Relations Board | Each Board Member | 3 | $20,000 |
| Department of Insurance | Director | 1 | $20,000 |
| Department of Insurance | Deputy Superintendent (Also Asst. Director) | 1 | $20,000 |
| Department of Insurance | Assistant Superintendent of Insurance, Technical | 1 | $20,000 |
| Department of Insurance | Assistant Superintendent of Insurance, Administrative | 1 | $20,000 |
| Department of insurance | Assistant Superintendent of Insurance, Research | 1 | $20,000 |
| Department of Job and Family Services | Director | 1 | $20,000 |
| Department of Job and Family Services | Assistant Directors | 2 | $20,000 |
| Judicial Supreme Court | Clerk | 1 | $20,000 |
| Judicial Supreme Court | Reporter of Decisions | 1 | $5,000 |
| Judicial Supreme Court | Law Librarian | 1 | $5,000 |
| Liquor Control Commission | Each Commission Member | 3 | $10,000 |
| Lottery Commission | Each Commission Member | 9 | $10,000 |
| Department of Medicaid | Director | 1 | $20,000 |
| Department of Medicaid | Assistant Director | 1 | $20,000 |
| Board of Nursing | Executive Director | 1 | $50,000 |
| Office of Budget and Management | Director | 1 | $20,000 |
| Office of Budget and Management | Assistant Director | 1 | $20,000 |
| Office of the Consumers' Counsel | Executive Director | 1 | $5,000 |
| Industrial Commission | Each Board Member | 3 | $50,000 |
| Board of Pharmacy | Executive Director & All Employees | 108 | $25,000 |
| Public Utilities Commission | Each Commission Member | 5 | $5,000 |
| Racing Commission | Each Commissioner | 5 | $10,000 |
| Ohio Speech and Hearing Professionals Board | Executive Director | 1 | $50,000 |
| Department of Taxation | Tax Commissioner | 1 | $20,000 |
| Petroleum UST Release Compensation Board | Chairman of the Board | 1 | $50,000 |
| Petroleum UST Release Compensation Board | Each Board Member | 9 | $25,000 |
| Ohio Vision Professionals Board | Executive Director | 1 | $2,000 |
| Water Development Authority | Each Board Member | 5 | $25,000 |
| Water Development Authority | Secretary-Treasurer | 1 | $50,000 |

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**

This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

Certificate No. 7929996

| | |
|---|---|
| American Fire and Casualty Company | Liberty Mutual Insurance Company |
| The Ohio Casualty Insurance Company | West American Insurance Company |

# POWER OF ATTORNEY

**KNOWN ALL PERSONS BY THESE PRESENTS:** That American Fire & Casualty Company and The Ohio Casualty Insurance Company are corporations duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, ___Deepa Cook; Margaret V. Hayes___

all of the city of ___Troy___, state of ___MI___ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this __22nd__ day of __June__, __2015__.

American Fire and Casualty Company
The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

By: _David M. Carey_
David M. Carey, Assistant Secretary

STATE OF PENNSYLVANIA          ss
COUNTY OF MONTGOMERY

On this __22nd__ day of __June__, __2015__, before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of American Fire and Casualty Company, Liberty Mutual Insurance Company, The Ohio Casualty Insurance Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at Plymouth Meeting, Pennsylvania, on the day and year first above written.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Plymouth Twp., Montgomery County
My Commission Expires March 28, 2017
Member, Pennsylvania Association of Notaries

By: _Teresa Pastella_
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of American Fire and Casualty Company, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS – Section 12. Power of Attorney.** Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII – Execution of Contracts – SECTION 5. Surety Bonds and Undertakings.** Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Gregory W. Davenport, the undersigned, Assistant Secretary, of American Fire and Casualty Company, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this _____ day of _____, 20_____.

By: _Gregory W. Davenport_
Gregory W. Davenport, Assistant Secretary

*Sidebar left (vertical):* Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.

*Sidebar right (vertical):* To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.

LMS_12873_122013

8 of 50

FILED & RECORDED
Thursday, August 31, 2023 3:15:27 PM
File Number: 031-2023-001085
Chanae Q. Clemons
Clayton County Clerk of Superior Court

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**
MICHAEL ELLIOT POWELL

**B. E-MAIL CONTACT AT SUBMITTER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Department of Treasury
Internal Revenue Service
Ogden, UT 84201-0002

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

Print    Reset

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ADAM A KNOWLES | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 108 Fir Hill | Akron | OH 44325 | U.S. |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| MARGARET V HAYES | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 1050 Wilshire Drive Suite 210 | Troy | MI 48084 | U.S. |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Powell | Michael | Elliot | |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| Rural Free Delivery | Pomona | Republic of California 00000 | without U.S. |

**4. COLLATERAL:** This financing statement covers the following collateral:

1. POWELL MICHAEL ELLIOT d/b/a for ADAM A KNOWLES
2. POWELL MICHAEL ELLIOT, Injunction on the name ADAM A KNOWLES
3. POWELL MICHAEL ELLIOT, LIEN on the name ADAM A KNOWLES FOR $2,213,612.85 State of Ohio Highway Patrol Record [Identification] No. 0863;
4. POWELL MICHAEL ELLIOT, Pay fee schedule of any commissions for the use of the name ADAM A KNOWLES in any trade or business without the privity, knowledge, or consent of the Entitlement Holder Secured Party Owner;
5. Debtor did, being an officer (of the State of Ohio) in the presence of, and conspiring with, an additional [unidentified] officer (of the State of Ohio), engaged in the enforcement of a traffic stop for an alleged unsafe lane change, search a private automobile used and occupied as such automobile without a warrant directing such search, and, maliciously and without reasonable cause searched private property and the contents therein without a search warrant, in bad faith, without discovery of criminal evidence, and without the issuance of a citation for the alleged traffic violation, contrary to 18 U.S. Code § 2236; [Organizational] CLASS A MISDEMEANOR; fine not more than $200,000.00 or imprisonment not more than one year, or both; shall not apply to any person serving a warrant of arrest; or arresting or attempting to arrest a person committing or attempting to commit an offense in his presence, or who has committed or is suspected on reasonable grounds of having committed a felony; or making a search at the request or invitation or with the consent of the occupant of the premises.
6. Debtor did, within the special maritime and territorial jurisdiction of the United States, willfully and maliciously destroy or injure personal property, and conspired to do such an act, contrary to 18 U.S. Code § 1363; [Organizational] CLASS E FELONY; fine not more than $500,000.00 or imprisonment not more than five years, or both.
7. Debtor did, within the jurisdiction of the executive branch of the Government (of the State of Ohio), knowingly made, used, or caused to be made or used, a misrepresentation material to the obligation of Adam A Knowles Oath of Office on Bond No. 01429*** and improperly avoided the obligation(s) to support the United States Constitution, to support the Ohio Constitution and to faithfully perform duties of office with dignity, a false, fictitious, or fraudulent representation of the obligation, contrary to 18 U.S. Code § 1001; [Organizational] CLASS E FELONY; fine not more than $500,000.00 or imprisonment not more than five years, or both; and is liable to the Assignor Secured Party for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages which the Assignor Secured Party sustained because of the false claims and misrepresentations of the Debtor, pursuant to 31 U.S. Code § 3729.

**5.** Check only if applicable and check only one box:    Collateral is  ☑ held in a Trust (see UCC1Ad, item 17 and Instructions)  ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien  ☑ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:** Debtor #1- Type of Organization: Police; Jurisdiction of Organization: State; and Organizational ID #: 0863.
Debtor #2- Type of Organization: Surety; Jurisdiction of Organization: Corporate; and Organizational ID #: 01429881.

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/01/23)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**

ADAM A KNOWLES

OR

**9b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

| Print | Reset |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**

OR

**10b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**11.** ☐ **ADDITIONAL SECURED PARTY'S NAME** or ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

14. Assignor Secured Party is seeking a reasonable attorney's fee and other litigation costs reasonably incurred.
15. Assignee Secured Party seeks to recover the amount due to Assignor Secured Party on settlement of the account of Debtor. Any commission of Debtor and interest of 6 percent a year from the time the money is received by the Debtor until repaid to the Treasury shall be added to the amount due on the account. The commission is forfeited when judgment is obtained.
16. This financing statement covers the following collateral: Debtor is a Transfer Agent of a Security Active Trust to Trustee(s), Security(s), Intermediary(s) or Registrar for maintaining a securities account for whom the account is maintained and held in Trust for the benefit of Entitlement Holder Secured Party Owner has established a perfected claim and continuing priority rights, security interest, beneficial interest in and equitable lien on collateral (whether now owned or hereafter acquired) to include but not limited to all accounts, security entitlements listed, financial assets, chattel paper, securities, real and personal property derived therefrom and all interest therein (in registered, in book-entry or bearer form) with respect to name ADAM A KNOWLES, Adam A Knowles Oath of Office on Official Bond No. 0142***, badge number 086*, central records process number PRR-23-000***, Progressive Auto Insurance Claim Number 22-2422***, and Enterprise Rental Agreement number 8TX***.

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut  ☐ covers as-extracted collateral  ☒ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16
(if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**
Debtor is a Trustee acting with respect to property held in trust.

**SECURED PARTY COPY** — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 07/01/23)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
ADAM A KNOWLES

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)     SUFFIX

**Print**    **Reset**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 10b. INDIVIDUAL'S SURNAME | | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☑ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME
MICHAEL ELLIOT POWELL

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| 11c. MAILING ADDRESS 4 Deer Creek Road | CITY Pomona | STATE California   POSTAL CODE (91766) | COUNTRY |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

8. Debtor did, make a clear unambiguous promise, solemnly sworn Adam A Knowles Oath of Office on Bond No. 01429***, to support the United States Constitution, to support the Ohio Constitution and to faithfully perform the duties of office, in good faith, and in the name of God. The Assignor Secured Party relies upon that Oath of Office for the protection and security of private rights and the good faith performance of public duty. It is reasonable and foreseeable for Assignor Secured Party to rely on Adam A Knowles Oath of Office on Bond No. 01429*** for the protection and security of private rights and the good faith performance of public duty. The Assignor Secured Party's rights and security were injured as a result of the reliance on the promise of protection.
9. Assignor Secured Party is seeking actual damages in total of $1,000.00 for the cost of automobile repairs (Progressive Auto Insurance Claim Number 22-2422***) and $112.85 for car rental while waiting for the automobile to get repaired (Enterprise Rental Agreement number 8TX***).
10. Assignor Secured Party is seeking quasi-criminal damages of $200,000.00 for private fine under 18 U.S. Code § 2236, $500,000.00 for private fine under 18 U.S. Code § 1363, and $500,000.00 for private fine under 18 U.S. Code § 1001, levied to punish Debtor's reprehensible conduct and to deter its future occurrence.
11. Assignor Secured Party is seeking civil penalty of $10,000, plus 3 times the amount of damages sustained by the Assignor Secured Party because of the false claims and misrepresentations of the Debtor.
12. Assignor Secured Party is seeking compensatory damages in total of $2,500.00 for the forfeiture of Bond No. 01429***.
13. Assignor Secured Party is seeking equitable relief to compel the Debtor to refrain from unreasonable searches without warrants, wrongful levies, and misrepresentations.

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing |
|---|---|
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

**17. MISCELLANEOUS:**
Debtor is a Trustee acting with respect to property held in trust.

SECURED PARTY COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 07/01/23)

PROGRESSIVE CLAIMS
PO BOX 2930
CLINTON, IA 52733



MICHAEL POWELL
11100 PORTLANCE ST
DETROIT, MI 48205

**Underwritten By:**
**Progressive West Insurance Company**
Claim Number:     22-2422266
Loss Date:         September 12, 2022
Loss State:        OH
Document Date:     March 29, 2023
Page 1 of 1

**claims.progressive.com**
Track the status and details of your
claim, e-mail your representative or
report a new claim.

# Claim Information

Michael Powell filed a claim for damages that occurred on 5/4/2022 with the 2021 Chrysler Voyager listed on the policy.
It was reported that the damages occurred while the Ohio Highway Patrol was searching the vehicle.

Thank you

TRACY L HYDE
Claims Department
1-440-910-1506
1-800-PROGRESSIVE (1-800-776-4737)
Fax: 1-833-905-1741

Form Z587 (01/08)

KESSLER ALAIR INS
PO BOX 1120
CLAREMONT, CA 91711

*DRIVE®Insurance*

**Policy Number:  934072386**
Underwritten by:
Progressive West Ins Co
August 19, 2022
Policy Period:  May 4, 2022 - Nov 4, 2022
Page 1 of 3

MARIA VALENCIANO
4 DEER CREEK RD
POMONA, CA 91766

**1-909-931-1500**
**KESSLER ALAIR INS**
Contact your agent for personalized service.

**DriveInsurance.com**
**Online Service**
Make payments, check billing activity, update
policy information or check status of a claim.

**1-800-274-4499**
To report a claim.

# Auto Insurance
# Coverage Summary
# This is your Declarations Page
# Your coverage has changed

Your coverage began on May 4, 2022 at 12:01 a.m.  This policy expires on November 4, 2022 at 12:01 a.m.

This coverage summary replaces your prior one.  Your insurance policy and any policy endorsements contain a full explanation of your coverage.  The policy limits shown for a vehicle may not be combined with the limits for the same coverage on another vehicle.  The policy contract is form 9611A CA (04/17).  The contract is modified by form Z357 CA (12/15).

## Policy changes effective August 18, 2022

| | |
|---|---|
| Changes requested on: | Aug 18, 2022 12:01 p.m. |
| Requested by: | MARIA VALENCIANO |
| Premium change: | -$47.06 |
| Changes: | The 2002 DODGE CARAVAN has been removed. |

The changes take effect as of the date and time requested shown above.

## Underwriting Company
Progressive West Ins Co

## Drivers and household residents

| | Years licensed | Years experienced | Marital status |
|---|---|---|---|
| MARIA VALENCIANO | 23 | 23 | Married |
| Additional information: | Named insured | | |
| MICHAEL POWELL | 17 | 17 | Married |

Form 6489 CA (03/18)



Continued

Policy Number: 934072386
MARIA VALENCIANO
Page 2 of 3

## Outline of coverage

### 2015 TOYOTA PRIUS 4 DOOR HATCHBACK
VIN: **JTDKN3DU4F0463969**
Garaging ZIP Code: 91766
Primary use of the vehicle: Pleasure
Annual miles: 8500

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $180 |
| Bodily Injury Liability | $15,000 each person/$30,000 each accident | | |
| Property Damage Liability | $10,000 each accident | | |
| Uninsured/Underinsured Motorist | $15,000 each person/$30,000 each accident | | 17 |
| Comprehensive | Actual Cash Value | $1,000 | 34 |
| Collision | Actual Cash Value | $1,000 | 320 |
| Uninsured Motorist Collision Deductible Waiver | $1,000 waived | | 1 |
| Rental Reimbursement | up to $40 each day/maximum 30 days | | 45 |
| Roadside Assistance | | | 2 |
| Total premium for 2015 TOYOTA | | | **$599** |

### 2021 CHRYSLER VOYAGER SPORT VAN
VIN: **2C4RC1CG5MR553087**
Garaging ZIP Code: 91766
Primary use of the vehicle: Pleasure
Annual miles: 7000

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $142 |
| Bodily Injury Liability | $15,000 each person/$30,000 each accident | | |
| Property Damage Liability | $10,000 each accident | | |
| Uninsured/Underinsured Motorist | $15,000 each person/$30,000 each accident | | 12 |
| Comprehensive | Actual Cash Value | $1,000 | 34 |
| Collision | Actual Cash Value | $1,000 | 147 |
| Uninsured Motorist Collision Deductible Waiver | $1,000 waived | | 1 |
| Rental Reimbursement | up to $40 each day/maximum 30 days | | 45 |
| Roadside Assistance | | | 2 |
| Total premium for 2021 CHRYSLER | | | **$383** |
| **Subtotal policy premium** | | | **$982.00** |
| Anti-Fraud fee | | | 1.76 |
| **Total 6 month policy premium** | | | **$983.76** |

## Payment schedule

Sep 4, 2022 ......................$162.63    Oct 4, 2022 ......................$162.62

You have paid installment fees of $16.00 on this policy. An additional installment fee of $4.00 has been included in each remaining payment. You may reduce the amount you pay in installment fees by paying your premium in larger amounts and fewer installments. Please call your agent for details.

The following additional fees may apply:

Fee for returned checks or refused payments $20.00

## Premium discounts

| Policy | |
|---|---|
| 934072386 | Multi-Car |

Progressive West Ins Co
Form 6489 CA (03/18)



Continued

Policy Number: 934072386
MARIA VALENCIANO
Page 3 of 3

Driver

| | |
|---|---|
| MARIA VALENCIANO | Good Driver, 3 Year Clean Discount and 5 Year Accident Free Discount |
| MICHAEL POWELL | Good Driver, 3 Year Clean Discount and 5 Year Accident Free Discount |

**Company officers**

President

Secretary

Progressive West Ins Co
Form 6489 CA (03/18)

ASSIGNMENT DETAILS

## CLAIM: **22-2422266-01**

| COMPANY NAME | POLICY | DEDUCTIBLE |
|---|---|---|
| Progressive West Ins Co | | $1,000.00, Not Waived |

| TYPE OF LOSS | DATE OF LOSS | DATE REPORTED |
|---|---|---|
| M - Comprehensive | 9/12/22 | 9/14/22 |

LOSS DESCRIPTION

PER DAY RENTAL LIMIT
40

## CONTACTS

| INSURED | CLAIMANT | OWNER |
|---|---|---|
| **MARIA VALENCIANO** | | **MARIA VALENCIANO** |
| ADDRESS | ADDRESS | ADDRESS |
| 11100 PORTLANCE ST | | 11100 PORTLANCE ST |
| DETROIT MI 48205 | | DETROIT MI 48205 |
| | CONTACT METHODS | |
| CONTACT METHODS | | CONTACT METHODS |
| +1-909-9271311 (Home) | | +1-909-9271311 (Home) |
| 734-3407372 (Mobile) | | |
| FTATEXPRESS@GMAIL.COM | | |

## VEHICLE: **2021 Chrysler Voyager**

| VIN | LICENSE PLATE | COLOR |
|---|---|---|
| 2C4RC1CG5MR553087 | 8XGM653 | |

| POINT OF IMPACT | SECONDARY POINT OF IMPACT | DRIVABLE |
|---|---|---|
| | | Y - Yes |

MILEAGE

DAMAGE DESCRIPTION
DRIVEABLE/RDOOR-LDOOR-INT

## ASSIGNMENT: **Appraisal Assignment**

| INSPECTION SITE | ADJUSTER | ASSIGNMENT SENT |
|---|---|---|
| Galeanas Collision Center (SWE) | KELSEY CHRISTIAN | 10/6/22 04:25 PM |

| ADDRESS | ADDRESS | APPOINTMENT |
|---|---|---|
| 32345 Hollingsworth Ave | 44 Bismark Dr . | Monday, October 10th, 2022 Any Time |
| Warren MI 48092 | Stafford VA 22554 | |

| PHONE | PHONE | |
|---|---|---|

Mitchell **Connect™**



© 2023 Mitchell International, Inc. All Rights Reserved.

Case 3:23-cv-01686-WQH-DDL    Document 1    Filed 09/11/23    PageID.24    Page 24 of 50

586-2641605                    440-5662436 (work)
                               A179384@Progressive.com


ASSIGNMENT MEMO

DROP OFF OR FIELD INSPECT DATE: DROP OFF 10/07
- FACTS OF LOSS:   DAMAGED THROUGH SEIZE AND SEARCH BY POLICE
- SPECIFIC LOCATION/DESCRIPTION OF DAMAGE:  INTERIOR- POLICE RIPPED UP ENTIRE UPHOLSTERY,
BACK SEATS RIPPED,
PLASTIC ON COLSOLES & SEAT COMPARTMENTS WERE BROKEN OFF - PLASTIC VENTS WERE
CRACKED, CUPHOLDERS CRACKED, HEADRESTS BROKEN
- SPECIFIC LOCATION/DESCRIPTION OF UPD: none
- OK TO PAY? (IF NOT, SET FEATURE LEVEL 3 CVQ): yes
- RENTAL (Example: RATE/CLASS/POLICY LIMITS ETC.): RNTL 40/1200
- STATE SPECIFICS: CALIFORNIA CONSUMER PRIVACY ACT (CCPA)
CAR/BOOSTER SEAT REPLACEMENT
DELAY LETTER REQUIREMENT (NO LATER THAN DAY 30)
FIELD INSPECTION REQUIREMENT
PROP 213
- PREFERRED CONTACT PERSON/NUMBER: insrd spouse - michael powell - (734) 340-7372
- ADDITIONAL NOTES/CUSTOMER CONCERNS:
- IF NETWORK OR NON NETWORK: CONFERENCE CALL COMPLETED/WHO?: n/a
- IF PHOTO ESTIMATE INSPECTION: VEHICLE YEAR/MAKE/MODEL: n/a
- VEHICLE/KEY LOCATION (IF NON-DRIVE): with insrd
- TOW RELEASE (IF NON-DRIVE):n/a
- TOTAL LOSS (TITLE OBTAINED, L/H INFO; INCLUDE STOCK # IF AT DTL OR TOW YARD): n/a

Mitchell **Connect™**



© 2023 Mitchell International, Inc. All Rights Reserved.

# GALEANAS COLLISION CENTER
## 32345 HOLLINGSWORTH AVE, WARREN, MI 48092-1261
Office: (586) 264-1605
Fax: (586) 264-1605
kmunford@galeanacollision.com
https://www.galeanacollision.com/
License: 0   Tax ID: 38683209

Estimate ID
22-2422266-01
S4

Claim Number
22-2422266-01

| | | |
|---|---|---|
| Owner<br>**MARIA VALENCIANO** | Insured<br>**MARIA VALENCIANO** | Appraiser<br>**MAHDI DABAJA**<br>(248) 763-2286 (Work)<br>a168647@progressive.com |

Supplemented By
**SEROR NAOOMI**
serrornaoomi@gmail.com

Underwriter
**Progressive West Ins Co**

---

## Progressive West Ins Co

| | | | |
|---|---|---|---|
| Insurance Company<br>**Progressive West Ins Co** | Claim Number<br>**22-2422266-01** | Adjuster<br>**KELSEY CHRISTIAN**<br>(440) 566-2436 (Work) | Deductible<br>**1000.00 - Not Waived** |
| Reported Date<br>**09/14/2022** | Loss Date<br>**09/12/2022** | Inspection Site<br>**Not Available**<br>11100 Portlance Ave<br>Detroit, MI 48205 | |

---

## 2021 Chrysler Voyager LX Van 3.6L 6 Cyl Gas Injected FWD

| | | | |
|---|---|---|---|
| License<br>**CA-8XGM653** | VIN<br>**2C4RC1CG5MR553087** | Drivable<br>**Yes** | Odometer<br>**16220** |
| Production Date<br>**03/2021** | Mitchell Service Code<br>**912204** | | |
| Primary Point of Impact<br>**Non-Collision (16)** | Secondary Point(s) of Impact<br>**Unknown (14)** | | |

### Options

| | | | | |
|---|---|---|---|---|
| 4 Doors | Air Conditioning | Alum/Alloy Wheels | AM-FM Stereo | Anti-Lock Brake Sys. (ABS) |
| Auto Air Condition | Automatic Headlights | Auxiliary Input | Bluetooth Wireless Connectivity | Cloth Seat |
| Cruise Control | Daytime Running Lights | Driver Seat With Power Lumbar Support | Driver-Front Air Bag | Dual A/C |
| Electric Defogger | Electronic Stability Control | First Row Bucket Seat | Heated Mirror | Keyless Entry System |
| Left-Curtain Air Bag | MP3 Player | Passenger-Front Air Bag | Power Door Locks | Power Driver Seat |
| Power Remote Mirror | Power Steering | Power Windows | Privacy Glass | Rear Gate Wiper |
| Rear Heating, Ventilation & Air Conditioning | Rear Spoiler | Rearview Camera | Satellite Radio | Second Row Bucket Seat |
| Second Row Side Airbag With Head Protection | Side Airbags | Smart Key System | Steering Wheel Mounted Audio Control | Third Door |
| Third Row Seat | Tilt Steering Wheel | Tire Pressure Monitoring System | Traction Control/Electronic | Trip Computer |

---

# MARIA VALENCIANO │ 2021 Chrysler Voyager LX

| Parts Profile | Parts Profile Version |
|---|---|
| **DETROIT METRO ALL PARTS** | **5.0** |

| | Line # | Description | Operation | Type | Total Units | Type | Number | Qty | Total Price | Tax |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | LABOR | | | PART | | | |
| **Floor** | | | | | | | | | | |
| | 1  200577 | Rear Floor Carpet | Remove / Install | Body | 0.5* | Existing | | | | |
| **Front Seat** | | | | | | | | | | |
| S1 | 2  202029 | Driver Side Seat Back Cover | Remove / Replace | Body | 0.0 | New | [7BB39PL5AA] | 1 | $219.00 | Yes |
| **Center Seat** | | | | | | | | | | |
| | 3  201941 | L Ctr Otr Seat Assy | Remove / Install | Body | 0.6 | Existing | | | | |
| | 4  202011 | L Ctr Seat Back Cover | Remove / Replace | Body | 1.0* | New | [6EC79PL5AA] | 1 | $167.00 | Yes |
| S2 | 5  202014 | Ctr Seat Back Cover | Remove / Replace | Body | 0.0 | New | [6EC82DX9AA] | 1 | $118.00 | Yes |
| | 6  202016 | L Ctr Seat Armrest | Remove / Install | Body | 0.2* | Existing | | | | |
| | 7  202018 | L Otr Ctr Seat Headrest | Remove / Install | Body | 0.2* | Existing | | | | |
| **Rear Seat** | | | | | | | | | | |
| | 9  200863 | L Rear Seat Assy | Remove / Install | Body | 0.4 | Existing | | | | |
| | 8  900500 | HEAD REST FOLDING MECH | Remove / Replace | Body* | 1.0* | New | 680292413AH | 1 | $207.36* | Yes |
| S1 | 10  202003 | L Otr Rear Seat Headrest | Remove / Replace | Body | 0.0 | New | [5ZA16PD2AC] | 1 | $84.30 | Yes |
| **Van Side Panel** | | | | | | | | | | |
| S3 | 11  200234 | R Van Side Trim Panel | Repair | Body | 0.0*# | Sublet | | | $187.50* | |
| | 12  200987 | R Van Side Bolster | Remove / Replace | Body | 0.2* | New | [5RH90DX9AD] | 1 | $29.65 | Yes |
| | 13  200236 | R Van Side Cover | Remove / Replace | Body | 0.2* | New | [5XU43DX9AB] | 1 | $14.30 | Yes |
| **Special / Manual Entry** | | | | | | | | | | |
| | 14  900500 | pre/ post scan | Repair | Mechanical* | 1.0* | Existing | | | | |
| S4 | 15  900500 | TRIM REPAIR | Repair | Body* | 0.0* | Sublet | | | $360.00* | |

**\*** Judgment Item
**T** Included in Two Tone Calculation
**#** Labor Note Applies
**d** Discontinued by Manufacturer

**C** Included in Clear Coat Calculation
**A** Included in Clear Coat and Two Tone Calculation
**r** CEG R&R Time Used for this Labor Operation
**[ ]** Verify the part number and price before ordering

## Estimate Totals

| Labor | Units | Rate | Sublet Add'l Amount | Totals |
|---|---|---|---|---|
| **Body Labor** | **4.3** | **$53.00** | **$547.50** | **$775.40** |
| **Mechanical Labor** | **1.0** | **$104.00** | | **$104.00** |
| **Total Labor** | **5.3** | | | **$879.40** |
| | | | Taxable | $0.00 |
| | | | Tax 0.0000% | $0.00 |
| | | | Non-Taxable | $879.40 |
| | | | **Labor Total** | **$879.40** |

| Parts | Amount |
|---|---|

## Estimate Totals

| Taxable Parts | | $839.61 | | | $839.61 |
|---|---|---|---|---|---|
| | | | Parts Adjustments | | $0.00 |
| | | | Tax 6.0000% | | $50.38 |
| | | | Non-Taxable | | $0.00 |
| | | | **Parts Total** | | **$889.99** |

| Costs | **Amount** | | | |
|---|---|---|---|---|
| Other Additional Costs | $0.00 | | | $0.00 |
| Paint Materials | $0.00 | | | $0.00 |
| | | Taxable | | $0.00 |
| | | Tax 6.0000% | | $0.00 |
| | | Non-Taxable | | $0.00 |
| | | **Costs Total** | | **$0.00** |

| Gross Totals | **Amount** | | | |
|---|---|---|---|---|
| Gross Total | $1,769.39 | | | $1,769.39 |
| | | Taxable | | $839.61 |
| | | Tax | | $50.38 |
| | | Non-Taxable | | $879.40 |
| | | **Gross Total** | | **$1,769.39** |

| Adjustments | **Amount** | | |
|---|---|---|---|
| Deductible | -$1,000.00 | | -$1,000.00 |
| **Total Customer Responsibility** | | | -$1,000.00 |

| | |
|---|---|
| **Net Estimate Total** | **$769.39** |
| Less Original Net Total | $0.00 |
| Net Supplement Amount | $769.39 |

| | |
|---|---|
| **S1: SEROR NAOOMI** | **$96.81** |
| **S2: SEROR NAOOMI** | **$125.08** |
| **S3: SEROR NAOOMI** | **$187.50** |
| **S4: SEROR NAOOMI** | **$360.00** |

"All manufacturers requirements regarding seat belt and supplemental restraint system replacement must be adhered to. If additional parts or operations are necessary to properly accomplish this, please contact the estimating claims rep."

This is a damage assessment only - Not an authorization to repair - based on damage visible or certain at the time it was written.

If frame or unibody repair is included on this estimate, the amount shown includes time or allowance for measuring before, during and after those repairs.

The owner of the vehicle may select the repair facility of his/her choice.

To ensure proper and prompt payment for additional damage discovered

during the course of repairs, contact Progressive for supplement handling procedures.

Progressive honors the prevailing labor market rate in your area for your property. If you choose a shop that charges in excess of the prevailing labor market rates, you will be responsible for the difference.

Lifetime guarantee for sheet metal and plastic body parts

The replacement parts written on the estimate are intended to return your vehicle to its pre-loss condition with proper installation. After repair, if any sheet metal or plastic body part included in the estimate fails to return your vehicle to its pre-loss condition (assuming proper installation), in terms of form, fit, finish, durability or functionality, Progressive will arrange and pay for the replacement of the part, to the extent not covered by a manufacturer's or other warranty. This service will be performed at no cost to you (including associated repair and rental car costs). To obtain service under this Guarantee, call Progressive at 1-800-274-4641. This Guarantee applies as long as you own or lease the vehicle. This Guarantee is not transferable and terminates if you sell or otherwise transfer your vehicle.

This guarantee does not cover normal wear and tear or damage caused by improper maintenance, neglect, abuse or subsequent accident. This guarantee is limited to arranging for the selection of repair parts that will return your vehicle to its pre-loss condition. Accordingly, Progressive will not be liable for any indirect, incidental or consequential damages that result from the installation or use of these parts.


Part Type Terms and Abbreviations
NEW and OEM or part number displayed - These refer to a new, original equipment manufacturer part.
A/M Certified: This refers to a new, certified non-original equipment manufacturer replacement part.
A/M: This refers to a new, non-original equipment manufacturer replacement part.
Recycled: This refers to a used OEM part.
Remanufactured and Recond. and Recore: These refer to recycled OEM parts that have been rebuilt or refurbished.
OEM Surplus Part: This refers to new OEM parts, that are excess inventory from the Original Equipment Manufacturer.
Recovered OE - This refers to parts removed from a new vehicle for various reasons.

Repair shop's authorized representative's signature indicating

agreement on cost to return the vehicle to pre-loss condition including tow/storage charges:

Shop Signature: _____ Est. completion Date:_____

Any person who, with intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or file a claim containing a false or deceptive statement is guilty of insurance fraud.

Disclaimer: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Cycle Time Information**

|  |  |
|---|---|
| Due In | 2/7/2023 |
| Estimated Completion Date | 2/17/2023 |
| Arrived At Shop | 2/7/2023 |

**Estimate Event Log**

|  |  |
|---|---|
| Job Created | 10/6/2022 03:27 PM |
| Supplement 4 Started | 9/27/2022 02:40 PM |
| Supplement 4 Printed | 2/17/2023 03:42 PM |
| Supplement 4 Committed | 2/17/2023 03:42 PM |
| Estimate Version | 4 |

| | | |
|---|---|---|
| **Date:** | 2/17/2023 3:42:35 PM | |
| **Estimate ID:** | 22-2422266-01 | |
| **Supplement:** | 4 - 2/17/2023 3:42:35 PM | |
| **Profile ID:** | METRO ALL PART TYPES | |

**Supplement Delta Report**
**Comparison of Estimate 22-2422266-01 Supplement 3 and Supplement 4**

**Damage Assessed By: MAHDI DABAJA**
**Supplemented By: SEROR NAOOMI**

**Insured: MARIA VALENCIANO**
**Owner: MARIA VALENCIANO**
**Vehicle: 2021 Chrysler Voyager LX**
**Date of Loss: 09/12/2022**

| Line Item | Labor Type | Operation | Line Item Description | Part Type/Num | Dollar Amount | Labor Units | CEG Unit |
|---|---|---|---|---|---|---|---|
| **Added Entries** | | | | | | | |
| 15 | Body | REPAIR | TRIM REPAIR | Sublet Sublet | 360.00* | 0.0* | 0.00 |

**Global Changes**

**No Deductible, Deductible Reduction Credit, Customer Responsibility, Labor Rate, or Part Adjustment changes were made.**

| | | Amount |
|---|---|---|
| Original Estimate | | 0.00 |
| Supplement 1 | 96.81 | |
| Supplement 2 | 125.08 | |
| Supplement 3 | 187.50 | |
| Supplement 4 | 360.00 | |
| | | |
| Supp 3 Total Tax | 50.38 | |
| Supp 4 | | |

| | | |
|---|---|---|
| **Total Tax** | 50.38 | |
| **Net Supplement Amount** | | 769.39 |
| **Net Total** | | 769.39 |

| | **Program Calc Version** | **Data Versions** |
|---|---|---|
| **Supp 3** | 35 | **SEP_22_V** |
| **Supp 4** | 35 | **SEP_22_V** |

**Software Version:**     22.5          Copyright (C) 1994 - 2023 Mitchell International

All Rights Reserved

VAN DYKE DODGE INC
28400 VAN DYKE AVE
WARREN        MI 48093

02/21/2023                                        15:27

CREDIT CARD
VISA SALE

Card #                          XXXXXXXXXXXX6950
Network:                                    VISA
Chip Card:                          VISA CREDIT
AID:                             A0000000031010
SEQ #:                                         1
Batch #:                                       1
Trans #:                                    1001
Approval Code:                            021616
Entry Method:                          Chip Read
Mode:                                     Issuer

Product       Qty       Price        Amount
G. Auto Merch                        $1000.00

SALE AMOUNT                          $1000.00

THANK YOU

CUSTOMER COPY





**Rental Agreement # 8TX641**

## Renter Information

### Renter Name
MARIA VALENCIANO

### Renter Address
DETROIT, MI 48207
USA

## Vehicle Information

**FLEX**
**License #:** ENT4170
**State/Province:** MI
**Unit #:** 8DRMPF
**Vehicle #:** KBA38242

**Vehicle Class Driven**
Premium Crossover 5 door/Automatic/
Air

**Vehicle Class Charged**
Premium Crossover 5 door/Automatic/
Air

**Odometer Mileage/Kilometers**

**Starting:** 37055    **Ending:** 37540

**Total:** 485

**Fuel**

**Starting:** 1/2    **Ending:** 3/4

## Thank you for renting with Enterprise Rent-A-Car

**We appreciate your business!**
This email was automatically generated from an unattended mailbox, so please do not reply to this e-mail.
If you have any questions about your rental, please view our Frequently

## Trip Information

| Pickup | | Return | |
|---|---|---|---|
| Tuesday, February 7, 2023 | 3:54 PM | Monday, February 20, 2023 | 8:00 AM |
| **WARREN 14 MILE** | | **WARREN 14 MILE** | |
| 32432 VAN DYKE | | 32432 VAN DYKE | |
| WARREN, MI 48093-8132 | | WARREN, MI 48093-8132 | |
| USA | | USA | |

## Bill-To: PROGRESSIVE INS-STERLING HEIGHT

| Rental Rate | Time & Distance 14 Day at $37.24 / Day | $521.31 |
|---|---|---|
| Taxes and Fees | Michigan Sales Tax (6.00%) | $31.70 |
| | Vehicle License Cost Recovery Fee ($0.50 / Day) | $6.99 |
| **Subtotal** | | **($560.00)** |

## Renter Charges

| Rental Rate | Time & Distance 14 Day at $7.50 / Day | $105.05 |
|---|---|---|
| **Mileage** | Unlimited Mileage | Included |
| Taxes and Fees | Vehicle License Cost Recovery Fee ($0.10 / Day) | $1.41 |
| | Michigan Sales Tax (6.00%) | $6.39 |
| **Total** | | **$672.85** |

(Subject to audit)

| Amount charged on February 23, 2023 to VISA (4564) | ($112.85) |
|---|---|
| APN: VISA CREDIT | |
| AID: A0000000031010 | |
| Verified: Signature | |
| Entry: Chip | |
| TSI: 6800 | |
| Amount charged to PROGRESSIVE INS-STERLING HEIGHT | ($560.00) |
| **Amount Due** | **$0.00** |

FILED & RECORDED
Friday, September 1, 2023 11:14:39 AM
File Number: 031-2023-001087
Chanae Q. Clemons
Clayton County Clerk of Superior Court

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)**
POWELL MICHAEL ELLIOT

**B. E-MAIL CONTACT AT SUBMITTER (optional)**
fftatexpress@gmail.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Department of Treasury
Internal Revenue Service
Ogden, UT 84201-0002

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

Print     Reset

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MICHAEL ELLIOT POWELL | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4 Deer Creek Road | Pomona | California | (91766) | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Powell | Michael | Elliot | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY without U.S. |
| Rural Free Delivery | Pomona Republic of | California | 00000 | |

4. COLLATERAL: This financing statement covers the following collateral:

1. POWELL MICHAEL ELLIOT d/b/a for MICHAEL ELLIOT POWELL;
2. POWELL MICHAEL ELLIOT, Injunction on the name MICHAEL ELLIOT POWELL;
3. POWELL MICHAEL ELLIOT, LIEN on the name MICHAEL ELLIOT POWELL, FOR $1,112.85 County of Los Angeles, CA Registrar of Titles Local Registration District and Certificate Record No. 188193****. FOR $1,000 Deductible Receipt of Progressive Auto Insurance Claim Number 22-2422*** PLUS FOR $112.85 Car Rental Receipt of Enterprise Rental Agreement number 8TX***.
4. POWELL MICHAEL ELLIOT, Pay fee schedule of $9,000 per hour and up counting for the use of the name MICHAEL ELLIOT POWELL in any trade or business without the priority, knowledge, or consent of the Entitlement Holder Secured Party Owner.
5. This financing statement covers the following collateral: Debtor is a Transfer Agent of a Security Active Trust to Trustee(s), Security(s), Intermediary(s) or Registrar for maintaining a securities account for whom the account is maintained and held in Trust for the benefit of Entitlement Holder Secured Party Owner has established a perfected claim and continuing priority rights, security interest, beneficial interest in and equitable lien on collateral (whether now owned or hereafter acquired) to include but not limited to all accounts, security entitlements listed, financial assets, chattel paper, securities, real and personal property derived therefrom and all interest therein (in registered, in book-entry or bearer form) with respect to name MICHAEL ELLIOT POWELL, Progressive Auto Insurance Claim Number 22-2422***, Enterprise Rental Agreement number 8TX***, Certificate of Title an Official Birth Certificate No. 104-188193****, and social security number 61-617-****.

| 5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien  ☑ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor | | |

8. OPTIONAL FILER REFERENCE DATA:
Debtor #1- Type of Organization: Vessel "Person"; Jurisdiction of Organization: Special Maritime and Territorial; and Organizational ID #: 104-188193****.

**FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 07/01/23)**

GSCCCA E-File: EF_010226074_001703509_091 Received Friday, September 1, 2023 1:03:46 AM Page 1 of 1 03/2023 001087

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
**MICHAEL ELLIOT POWELL**

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| Print | Reset |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☑ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME
**MARIA JONELYN HANSEN VALENCIANO**

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4 Deer Creek Road | Pomona | California | (91766) | |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**
Debtor is a Trust acting with respect to property held in trust.

SECURED PARTY COPY — UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 07/01/23)

676 OCTOBER TERM, 1901.

Opinion of the Court.

## HOWARD *v.* UNITED STATES.

ERROR TO THE UNITED STATES CIRCUIT COURT OF APPEALS FOR THE EIGHTH CIRCUIT.

No. 121.  Argued January 20, 1902.—Decided March 24, 1902.

This suit was upon a bond taken by a Circuit Court of the United States from its clerk, to secure the proper performance of his duties, and the Circuit Court could take cognizance of it, independently of the citizenship of the real parties in interest, as it was a suit arising under the laws of the United States, of which the Circuit Court was entitled to take original cognizance, concurrently with the courts of the State, even if the parties had been citizens of the same State; and, although the petition shows a case of diverse citizenship, jurisdiction was not dependent upon such citizenship.

That the clerk of the court was authorized, with the sanction or by order of the court, to receive money paid into court in a pending cause, is clearly to be implied from the legislation of Congress referred to in the opinion of the court.

Congress, by the statutes referred to in the opinion of the court, intended the bond of a clerk of a Circuit Court should be for the protection of all suitors, public or private.

As the clerk had the right to receive the money in question; as he failed, to the injury of the suitor from whom he received it, with the sanction of the court in a pending cause, to deposit it as required by law, and appropriated it to his own use; and as his bond was for the protection of private suitors as well as for the Government, there is no sound reason why the plaintiff could not enforce his rights by a suit in the name of the United States for his benefit.

THE case is stated in the opinion of the court.

*Mr. John C. Gage* for plaintiffs in error.  *Mr. Sanford B. Ladd* and *Mr. Frank Hagerman* filed a brief for same.

*Mr. Edwin A. Krauthoff* for defendant in error.  *Mr. J. V. C. Karnes, Mr. Alexander New* and *Mr. David D. Stewart* were on his brief.

MR. JUSTICE HARLAN delivered the opinion of the court.

Were the appellants entitled, of right, to bring this case here

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
333 West Broadway
San Diego, CA 92101

```
RE: Official Bond No. 01429881;
Progressive Auto Insurance Claim No.
                    22-2422266-01;
Enterprise Rental Agreement No. 8TX641
```

THE UNITED STATES FOR THE USE OF MICHAEL ELLIOT POWELL
                    Plaintiff,

V.

ADAM A KNOWLES
                    Defendant,

MARGARET HAYES
                    Attorney-in-fact

### SUMMONS

Offense occurred on May 4, 2022, at approximately 8:30 a.m., within the SPECIAL MARITIME AND TERRITORIAL JURISDICTION OF THE UNITED STATES, STATE OF OHIO, COUNTY OF SUMMIT, CITY OF RICHFIELD on Interstate 80 (Eastbound), near Coordinates 41.25643°N, 81.59964°W.

To any peace officer, court officer, or agent authorized to serve summons:

I, Michael Elliot Powell, a fully constitutionally empowered human being, claimant, and surety on account, filed a sworn complaint in this court stating that on the date and the location described, the defendant, contrary to law,

**COUNT 1**– SEARCH WITHOUT WARRANT

did, being an officer (of the State of Ohio) in the presence of, and conspiring with, an additional [unidentified] officer (of the State of Ohio), engaged in the enforcement of a traffic stop for an alleged unsafe lane change, search a private automobile used and occupied as such automobile without a warrant directing such search, and, maliciously and without reasonable cause searched private property and the contents therein without a search warrant, in bad faith, without discovery of criminal evidence, and without the issuance of a citation for the alleged traffic violation, contrary to 18 U.S. Code $ 2236; [Organizational] CLASS A MISDEMEANOR; fine not more than $200,000.00 or imprisonment not more than one year, or both;

Count 1 shall not apply to any person serving a warrant of arrest; or arresting or attempting to arrest a person committing or attempting to commit an offense in his presence, or who has committed or is suspected on reasonable grounds of having committed a felony; or making a search at the request or invitation or with the consent of the occupant of the premises.

**COUNT 2**– PROPERTY WITHIN SPECIAL MARITIME AND TERRITORIAL JURISDICTION

did, within the special maritime and territorial jurisdiction of the United States, willfully and maliciously destroy or injure personal property, and conspired to do such an act, contrary to 18 U.S. Code § 1363; [Organizational] CLASS E FELONY; fine not more than $500,000.00 or imprisonment not more than five years, or both.

### COUNT 3- STATEMENTS OR ENTRIES GENERALLY

did, within the jurisdiction of the executive branch of the Government (of the State of Ohio), knowingly made, used, or caused to be made or used, a misrepresentation material to the obligation of Adam A Knowles Oath of Office on Bond No. 01429881 and improperly avoided the obligation(s) to support the United States Constitution, to support the Ohio Constitution and to faithfully perform duties of office with dignity, a false, fictitious, or fraudulent representation of the obligation, contrary to 18 U.S. Code § 1001; [Organizational] CLASS E FELONY; fine not more than $500,000.00 or imprisonment not more than five years, or both;

and is liable to the Plaintiff for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages which the Plaintiff sustains because of the false claims and misrepresentations of the Defendant pursuant to 31 U.S. Code § 3729.

### COUNT 4- PROMISSORY ESTOPPEL

did make a clear unambiguous promise, solemnly sworn Adam A Knowles Oath of Office on Bond No. 01429881, to support the United States Constitution, to support the Ohio Constitution and to faithfully perform the duties of office, in good faith, and in the name of God. The Plaintiff relies upon that Oath of Office for the protection and security of private rights and the good faith performance of public duty. It is reasonable and foreseeable for Plaintiff to rely on Adam A Knowles Oath of Office on Bond No. 01429881 for the protection and security of private rights and the good faith performance of public duty. The Plaintiff's rights and security were injured as a result of that reliance, contrary to the oath that was made.

**TAKE NOTICE** As a result of the offense(s)-

1. Plaintiff is seeking actual damages of $1,000.00 for the cost of automobile repairs (Progressive Auto Insurance Claim Number 22-2422266-01) and of $112.85 for car rental while waiting for the automobile to get repaired (Enterprise Rental Agreement number 8TX641);
2. Plaintiff is seeking quasi-criminal damages of $200,000.00 for private fine under 18 U.S. Code § 2236, levied to punish Defendant's reprehensible conduct and to deter its future occurrence;
3. Plaintiff is seeking quasi-criminal damages of $500,000.00 for private fine under 18 U.S. Code § 1363, levied to punish Defendant's reprehensible conduct and to deter its future occurrence;
4. Plaintiff is seeking civil penalty of $10,000, plus 3 times the quasi-criminal damages of $500,000.00 for private fine under 18 U.S. Code § 1001, for false claims and misrepresentations made by the Defendant as described in 31 U.S. Code § 3729, levied to punish Defendant's reprehensible conduct and to deter its future occurrence;

5. Plaintiff is seeking compensatory damages in total of $2,500.00, for the forfeiture of Bond No. 01429881;

6. Plaintiff is seeking equitable relief to compel the Defendant to refrain from unreasonable searches without warrants, wrongful levies, and misrepresentations; and

7. Plaintiff is seeking a reasonable attorney's fee and other litigation costs reasonably incurred.

---

**SUMMONS**

To:   ADAM A KNOWLES
      **108** Fir Hill
      Akron, OH **44325**

      A lawsuit has been filed against you.

      Within **30** days after service of complaint, summons, and process of attachment, you shall serve an answer to the complaint. Within **14** days after the execution of process, any person who asserts a right of possession or any ownership interest in the property that is subject of the claim must file a verified statement of right or interest. The statement of right or interest must describe the interest in the property that supports the person's demand for its restitution or right to defend the action. An agent, bailee, or attorney must state the authority to file a statement of right or interest on behalf of another. A person who asserts a right of possession or any ownership interest must serve an answer within **21** days after filing the statement of interest or right. The statement and answer must be served on plaintiff or the plaintiff's surety at the name and address below:

      THE UNITED STATES FOR THE USE OF MICHAEL ELLIOT POWELL
      4 Deer Creek Road,
      Pomona, California **(91766)**

      If you fail to respond, judgement by default will be entered against you for the relief demanded in the complaint. You must also file your verified statement of right or interest and answer with the court. Notice to principal is notice to agent and notice to agent is notice to principal.

_____/_____/ 2023_____
Date

_____
Clerk

POWELL MICHAEL ELLIOT
C/o 4 Deer Creek Road,
Pomona, California USA [91766]

CERTIFIED MAIL®

7020 1810 0002 0606 8056

ANDREW HADEN
United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8807

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
333 West Broadway
San Diego, CA 92101

```
RE: Official Bond No. 01429881;
Progressive Auto Insurance Claim No.
                       22-2422266-01;
Enterprise Rental Agreement No. 8TX641
```

THE UNITED STATES FOR THE USE OF MICHAEL ELLIOT POWELL
                    Plaintiff,

V.

ADAM A KNOWLES

                    Defendant,


MARGARET HAYES

                    Attorney-in-fact

---

### WARRANT

Offense occurred on May 4, 2022, at approximately 8:30 a.m., within the SPECIAL MARITIME AND TERRITORIAL JURISDICTION OF THE UNITED STATES, STATE OF OHIO, COUNTY OF SUMMIT, CITY OF RICHFIELD on Interstate 80 (Eastbound), near Coordinates 41.25643°N, 81.59964°W.

THE UNITED STATES FOR THE USE OF MICHAEL ELLIOT POWELL, UNITED STATES of America— To any peace officer, court officer, or agent authorized to make arrest:

I, Michael Elliot Powell, a fully constitutionally empowered human being, claimant, and surety on account, filed a sworn complaint in this court stating that on the date and the location described, the defendant, contrary to law,

COUNT 1— SEARCH WITHOUT WARRANT

did, being an officer (of the State of Ohio) in the presence of, and conspiring with, an additional [unidentified] officer (of the State of Ohio), engaged in the enforcement of a traffic stop for an alleged unsafe lane change, search a private automobile used and occupied as such automobile without a warrant directing such search, and, maliciously and without reasonable cause searched private property and the contents therein without a search warrant, in bad faith, without discovery of criminal evidence, and without the issuance of a citation for the alleged traffic violation, contrary to 18 U.S. Code § 2236; [Organizational] CLASS A MISDEMEANOR; fine not more than $200,000.00 or imprisonment not more than one year, or both;

Count 1 shall not apply to any person serving a warrant of arrest; or arresting or attempting to arrest a person committing or attempting to commit an offense in his presence, or who has committed or is suspected on reasonable grounds of having committed a felony; or making a search at the request or invitation or with the consent of the occupant of the premises.

**COUNT 2**– PROPERTY WITHIN SPECIAL MARITIME AND TERRITORIAL JURISDICTION

did, within the special maritime and territorial jurisdiction of the United States, willfully and maliciously destroy or injure personal property, and conspired to do such an act, contrary to 18 U.S. Code $ 1363; [Organizational] CLASS E FELONY; fine not more than $500,000.00 or imprisonment not more than five years, or both.

**COUNT 3**– STATEMENTS OR ENTRIES GENERALLY

did, within the jurisdiction of the executive branch of the Government (of the State of Ohio), knowingly made, used, or caused to be made or used, a misrepresentation material to the obligation of Adam A Knowles Oath of Office on Bond No. 01429881 and improperly avoided the obligation(s) to support the United States Constitution, to support the Ohio Constitution and to faithfully perform duties of office with dignity, a false, fictitious, or fraudulent representation of the obligation, contrary to 18 U.S. Code $ 1001; [Organizational] CLASS E FELONY; fine not more than $500,000.00 or imprisonment not more than five years, or both;

and is liable to the Plaintiff for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages which the Plaintiff sustains because of the false claims and misrepresentations of the Defendant pursuant to 31 U.S. Code $ 3729.

**COUNT 4**– PROMISSORY ESTOPPEL

did make a clear unambiguous promise, solemnly sworn Adam A Knowles Oath of Office on Bond No. 01429881, to support the United States Constitution, to support the Ohio Constitution and to faithfully perform the duties of office, in good faith, and in the name of God. The Plaintiff relies upon that Oath of Office for the protection and security of private rights and the good faith performance of public duty. It is reasonable and foreseeable for Plaintiff to rely on Adam A Knowles Oath of Office on Bond No. 01429881 for the protection and security of private rights and the good faith performance of public duty. The Plaintiff's rights and security were injured as a result of that reliance, contrary to the oath that was made.

**TAKE NOTICE** As a result of the offense(s)–
1. Plaintiff is seeking actual damages of $1,000.00 for the cost of automobile repairs (Progressive Auto Insurance Claim Number 22-2422266-01) and of $112.85 for car rental while waiting for the automobile to get repaired (Enterprise Rental Agreement number 8TX641);
2. Plaintiff is seeking quasi-criminal damages of $200,000.00 for private fine under 18 U.S. Code $ 2236, levied to punish Defendant's reprehensible conduct and to deter its future occurrence;
3. Plaintiff is seeking quasi-criminal damages of $500,000.00 for private fine under 18 U.S. Code $ 1363, levied to punish Defendant's reprehensible conduct and to deter its future occurrence;
4. Plaintiff is seeking civil penalty of $10,000, plus 3 times quasi-criminal damages of $500,000.00 for private fine under 18 U.S. Code $ 1001, for false claims and misrepresentations made by the Defendant as described in 31 U.S. Code $ 3729, levied to punish Defendant's reprehensible conduct and to deter its future occurrence;

5. Plaintiff is seeking compensatory damages in total of $2,500.00, for the forfeiture of Bond No. 01429881;

6. Plaintiff is seeking equitable relief to compel the Defendant to refrain from unreasonable searches without warrants, wrongful levies, and misrepresentations; and

7. Plaintiff is seeking a reasonable attorney's fee and other litigation costs reasonably incurred.

To prevent destruction or expiration of evidence an arrest warrant must be issued for "Property" (Central Records Process No. PRR-23-000-343 for Adam A Knowles ID# 0863 Body Camera and Police Car Footage from 5/4/2022 at the time of occurrence) distinguished as the "Defendant".

**THIS COURT FINDS** upon examination of the complaint affidavit, there is probable cause to believe that the Defendant committed the offense(s) and forfeited Official Bond No. 01429881 set forth, and that the following circumstances apply: Entry is necessary to prevent destruction or expiration of evidence; and the plaintiff's surety has requested an arrest warrant.

**THEREFORE, IT IS ORDERED, IN THE NAME OF THE UNITED STATES FOR THE USE OF MICHAEL ELLIOT POWELL**, the defendant must be arrested by a peace officer, court officer, or agent authorized to make arrest and returned to the court registry immediately for the purpose of securing settlement.

_____/____/2023
Date

_____
Judge

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
333 West Broadway
San Diego, CA 92101
```

| RE: Official Bond No. 01429881; Progressive Auto Insurance Claim No. 22-2422266-01; Enterprise Rental Agreement No. 8TX641 |
|---|

**RETURN**

The Defendant was accepted and approved for return and deposit into the

court registry on _____ at _____,
                         Date                Time

at _____.
     Place


_____                    _____
Date                                        Peace Officer

UNITED STATES

UNITED STATES DISTRICT COURT

333 West Broadway

San Diego, CA 92101

| RE: Official Bond No. 01429881; |
| Progressive Auto Insurance Claim No. 22-2422266-01; |
| Enterprise Rental Agreement No. 8TX641 |

---

THE UNITED STATES FOR THE USE OF MICHAEL ELLIOT POWELL

                                        Plaintiff,

V.


ADAM A KNOWLES

                                Defendant,


MARGARET HAYES

                                Attorney-in-fact

---

## FINDING AND ORDER

This Court finds that it lacks jurisdiction in the matter before it.


THEREFORE, IT IS hereby released to:

**POWELL MICHAEL ELLIOT**

**C/o 4 Deer Creek Road**

**Pomona, California USA [91766]**

with interest.

**IT IS SO ORDERED** this _____ day of _____, 20 _____.


_____

                                                                Judge

_____

                                                                Clerk

## CERTIFICATE OF SERVICE

I, Michael Elliot Powell, hereby certify that a true copy of the complaint, undersigned letter with attachment, summons, warrant, and proposed order herewith filed was served on Defendant:

ADAM A KNOWLES

on _____9/2/2023_____

via email _____oshp@dps.ohio.gov_____

_Michael Elliot Powell_

Michael Elliot Powell

POWELL MICHAEL ELLIOT
C/o 4 Deer Creek Road,
Pomona, California USA [91766]

CERTIFIED MAIL

7020 1810 0002 0606 8032

ADAM A KNOWLES
108 Fir Hill
Akron, OH 44325

## CERTIFICATE OF SERVICE

I, Michael Elliot Powell, hereby certify that a true copy of the complaint, undersigned letter with attachment, summons, warrant, and proposed order herewith filed was served on attorney-in-fact for the Defendant:

MARGARET HAYES

on ___9/2/2023___

via email ___mhayes@alliant.com___

*Michael Elliot Powell*

Michael Elliot Powell

POWELL MICHAEL ELLIOT
C/o 4 Deer Creek Road,
Pomona, California USA [91766]

CERTIFIED MAIL®

7020 1810 0002 0606 8049

MARGARET HAYES
1050 Wilshire Drive,
Suite 210
Troy, MI 48084

Certified Account # 7022 0410 0000 0765 4361

POWELL MICHAEL ELLIOT

C/o 4 Deer Creek Road

Pomona, California USA [91766]

ftatexpress@gmail.com

(734) 340-7372



We, the people of the united States of America (by and through the Constituent herein named), with whom the United States, and its agencies, is forever obligated, hereby assert that the Person(s), Property and enjoyment of the undersigned is EXEMPT from Levy and Apportionment, Article IV § 2, US Constitution.

**<u>OFFICIAL BUSINESS</u>**

September 2nd, 2023

United States District Court

U.S. Courthouse Clerk's Office

Southern District Of California

333 West Broadway

San Diego, CA 92101

RE: Official Bond No. 01429881; Progressive Auto Insurance Claim No. 22-2422266-01; and Enterprise Rental Agreement No. 8TX641

Clerk of the Court:

You will find enclosed, for filing, the following:

1. A complaint, undersigned letter with attachment, summons, warrant, and proposed order (for the court's entry) to be direct to the judge in camera; and

2. Certificates of service.

If you have any questions, comments, or concerns please contact the undersigned. Thank you in advance for your attention upon this matter.

*Michael Elliot Powell*

Mr. Michael Elliot Powell

Interested Party