POWELL MICHAEL ELLIOT
C/o 4 Deer Creek Road,
Pomona, California USA [91766]

7022 0410 0000 0765 4361



RDC 99

 92101

**U.S. POSTAGE PAID**
FCM LG ENV
CLIVE, IA 50325
SEP 05, 2023

**$11.65**
R2304E105251-60

RETURN RECEIPT REQUESTED

'23 CV 1686 WQHDDL

United States District Court
U.S. Courthouse Clerk's Office
Southern District Of California
333 West Broadway
San Diego, CA 92101



RECEIVED
SEP 11 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

Direct to:
Honorable Dana M. Sabraw
United States District Court
Chief Judge